UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CALDERON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STAR ONE CREDIT UNION,<br><br>　　　　Defendant. | Case No.  16-cv-02342-HSG<br><br>**ORDER TO SHOW CAUSE** |

On April 29, 2016, Plaintiff Luis Calderon filed this action against Defendant Star One Credit Union, alleging violation of (1) the Americans with Disabilities Act ("ADA"); (2) the Unruh Civil Rights Act; and (3) the California Disabled Persons Act. Dkt. No. 1.  Also on April 29, 2016, the Court entered the standard scheduling order for cases asserting denial of right of access under the ADA.  Dkt. No. 5.  Under the scheduling order, the last day for Plaintiff to file a "Notice of Need for Mediation" was September 23, 2016.  *Id.*  Plaintiff has failed to file any notice.

Accordingly, Plaintiff is ORDERED to show cause why he did not file a "Notice of Need for Mediation" by the Court's deadline.  Plaintiff must file a short statement of no more than two pages explaining the status of this action by October 19, 2016.

**IT IS SO ORDERED.**

Dated: 10/14/2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge