Eric G. Calhoun SBN 300280
eric@calhounmorganlaw.com
Calhoun & Associates
31630 Railroad Canyon Rd., Ste. 10
Canyon Lake, CA 92587
Telephone: (951) 434-7784
Facsimile: (844) 434-7774

*Attorneys for Luis Calderon*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CALDERON,<br><br>    Plaintiffs,<br><br>    vs.<br><br>STAR ONE CREDIT UNION, and DOES ONE through TEN, inclusive,<br><br>    Defendants. | Civil Action No: 16-CV-02342-HSG<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION**<br><br>District Judge:<br>The Hon. Haywood S. Gilliam, Jr. |

On December 20, 2016, the parties jointly submitted a Stipulation of Dismissal to the Court. Upon consideration of the Parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and in accordance with the Parties' Stipulation of Dismissal and Confidential Settlement Agreement and Release ("Settlement Agreement"), it is

---

[Proposed] Order on Stipulation to Dismiss Action   16-CV-02342-HSG

HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. The above-captioned action is dismissed with prejudice, with each Party to bear their own respective costs, including any attorneys' fees or other expenses of litigation.

2. The Court retains jurisdiction over the Parties and the above-captioned action with respect to the interpretation and enforcement of the Settlement Agreement.

3. The Clerk shall mark this case as CLOSED.

DATED: December 21, 2016

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr., U.S.D.J.